```
                                                        USDC SDNY
                                                        DOCUMENT ELECTRONICALLY
UNITED STATES DISTRICT COURT                            FILED
SOUTHERN DISTRICT OF NEW YORK                           DOC#: _____
-----------------------------------------------------------x   DATE FILED: 4-2-19
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : 1:18-cv-10783 (ALC) |
| -against- | : |
| | : **ORDER TO SHOW CAUSE** |
| $717,200,000 IN UNITED STATES CURRENCY, | : |
| Defendant-in-rem. | : |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge**

Upon the motion of plaintiff United States of America for a default judgment and upon the annexed Declaration of Benet Kearney, Assistant United States Attorney, together with all exhibits attached thereto, it is hereby:

Ordered that plaintiff and any individuals and entities who wish to oppose plaintiff's claim for forfeiture and assert an interest in the Defendant-in-rem property appear before the Court on **May 6, 2019, at 10:30 a.m.** in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, to show cause why a default judgment should not be entered and the Defendant-in-rem property forfeited to the plaintiff United States of America according to law; and it is further

ORDERED that a copy of this Order and the papers upon which it is based shall be served by April 9, 2019, upon any individual and/or entity known by the plaintiff to have an alleged interest in the Defendant-in-rem by certified mail or Federal Express.

**SO ORDERED.**

Dated: April 2, 2019

New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**