# KOZYAK · TROPIN THROCKMORTON
### ATTORNEYS AT LAW

**Javier A. Lopez**, Esq.
jal@kttlaw.com  |  305.728.2977

May 20, 2019

**VIA CM/ECF**

RE: UNITED STATES OF AMERICA V. $717,200,000 IN U.S. CURRENCY, CASE NO.: 18-CV-10783 (ALC)

Dear Judge Carter:

Banco Nunez has decided not to pursue a claim in *US v. $717,200,000 in US Currency*, Case No.: 18-cv-10783.

When the government divests criminals of illegal profit, forfeiture laws are designed to protect the property rights of affected third-parties. Having never relinquished its claim to property stolen by the Cuban Government in 1960, Banco Nunez's assets and equity were subsumed into, and are still a part of, Banco Nacional de Cuba. Between 2004 and 2010, Societe Generale S.A. ("SocGen") operated credit facilities on behalf of Banco Nacional de Cuba, and generated hundreds of millions of dollars through that relationship. The defendant-*in-rem* property in this matter represents SocGen's profits. The recently empowered portions of Title III of the Helms-Burton Act, 22 U.S.C. § 6021, *et seq.*, create a unique situation likely providing Banco Nunez standing in this matter.

However, Banco Nunez recognizes the United States' laudable goal that half of SocGen's profits be donated to the Victims of State Sponsored Terrorism Fund. Unlike the majority of terror victims, who will never have their day in court, Banco Nunez will seek justice and compensation from SocGen directly through an action filed elsewhere pursuant to Helms-Burton.

We appreciate your willingness, and the accommodations made by the United States Attorney's Office, to allow us the past two weeks to examine our claim.

Sincerely,

*/s/ Javier A. Lopez*

Javier A. Lopez, Esq.

cc: Counsel of Record